UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re MICHAEL C. BLACK,

        Plaintiff                              No. C 13-4901 PJH (PR)

**ORDER OF DISMISSAL**

_____/

      This case was opened when plaintiff wrote a letter to the court regarding prison conditions. In an effort to protect his rights, it was filed as a new case. Plaintiff was informed that he had not filed a complaint and was given twenty-eight days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

      No response has been received. This case is therefore **DISMISSED** without prejudice. No fee is due. The clerk shall close the file.

      **IT IS SO ORDERED.**

Dated: December 10, 2013.                               _____
                                                               PHYLLIS J. HAMILTON
                                                               United States District Judge

G:\PRO-SE\PJH\CR.13\Black4901.dsm-ifp.wpd